

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00154-CR

Andrew Rene **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0452
Honorable Catherine Torres-Stahl, Judge Presiding

Opinion by:     Karen Angelini, Justice

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  March 28, 2018

AFFIRMED

In January 2013, appellant was indicted with aggravated robbery. Pursuant to a plea-bargain agreement, on November 18, 2013, appellant was placed on deferred adjudication community supervision for a period of ten years. On February 24, 2017, the trial court held a hearing on the State's motion to revoke appellant's community supervision and adjudicate his guilt. At the hearing, appellant pled true to having violated a condition of his probation. That same day, the trial court revoked appellant's community supervision, adjudicated his guilt, and sentenced him to twelve years of imprisonment. Appellant timely filed a notice of appeal.

Appellant's court-appointed appellate attorney filed a brief in which he raises two arguable points of error, but nonetheless concludes that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel states that appellant was provided with a copy of the brief and motion to withdraw, and was further informed of his right to review the record and file his own brief. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel further states that he mailed appellant a copy of the appellate record. Appellant did not file a pro se brief.

We have reviewed the record and counsel's brief. We agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Furthermore, we grant the motion to withdraw. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns*, 924 S.W.2d at 177 n.1.[1]

Karen Angelini, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* Tex. R. App. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 68.4.